FILED

11/30/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0619



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0619

SUSAN JOHNSON, DAVE JOHNSON,
KATHY RICH, SUSAN HINKINS,
RICHARD GILLETTE, LINDA
FULLER, LARRY JENT, JULIE JENT,
RICHARD J. CHARRON, KRISTIN
CHARRON,

      Plaintiffs and Appellee,

    v.

ALPHA SIGMA PHI (MONTANA )
STATE UNIVERSITY CHAPTER), and
CITY OF BOZEMAN,

      Defendants and Appellants.

**ORDER OF MEDIATOR APPOINTMENT**

This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

IT IS ORDERED THAT **Lynda Sedivy,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this November 30, 2023.

Bowen Greenwood, Clerk of the Supreme Court

c:      Alpha Sigma Phi (Montana State University Chapter), James H. Goetz, Henry Tesar, Brian K. Gallik, Elizabeth Worth Lund, Lynda Sedivy